✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle _____    District of _____ Alabama _____

Farmers Telecommunications Cooperative, Inc.

## SUMMONS IN A CIVIL ACTION

V.

Verizon Communications, Inc., Verizon Business,
Qwest Communications International, Inc., et al.

CASE NUMBER:  2:06cv790-VPM

TO: (Name and address of Defendant)

Verizon Business Network Services, Inc.  ( Verizon Business)
c/o The Corporation Company, as Registered Agent
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Hooks, Esq.
Wilkerson & Bryan, PC
405 South Hull Street
P.O. Box 830
Montgomery, AL 36101-0830

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_ _____        9/22/06 _____
CLERK                                        DATE

_____
(By) DEPUTY CLERK