| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): C. Tr__    B. Date of Delivery: 9/25<br>C. Signature: X C. Tinsley   ☐ Agent   ☑ Addressee<br>D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br>2:06CV 790<br>S&C    (20) |
| 1. Article Addressed to:<br><br>Verizon Business Network<br>  Services, Inc.<br>c/o The Corporation Co.<br>  as Registered Agent<br>2000 Interstate Park Dr.<br>Suite 204<br>Montgomery, AL 36109 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number: 7003 2260 0005 5028 0594 | |

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952