IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:06CV790-VPM <br> ) <br> ) <br> ) <br> ) |

**ORDER ON MOTION**

Upon consideration of the Unopposed Motion to Extend Time for Verizon Business Network Services, Inc., and Qwest Communications Corporation to File an Answer or Other Responsive Pleadings (Doc. #5), filed on November 6, 2006, and for good cause, it is

ORDERED that the motion is GRANTED. The defendants shall file their answer or other responsive pleadings in response to the plaintiff's complaint on or before December 15, 2006.

Done this 8th day of November, 2006.


　　　　　　　　　　　　　　　　　／s/Charles S. Coody　　　　　　　
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE