# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 28, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:    Farmers Telecommunications Cooperative, Inc.
       v. Verizon Communications, Inc. et al.
       Civil Action No.  2:06-cv-00790-VPM

The above-styled case has been  reassigned to Judge Wallace Capel, Jr.

Please note that the case number is now  **2:06-cv-00790-WC**.

This new case number should be used on all future correspondence and pleadings in this action.