# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **FARMERS TELECOMMUNICATIONS COOPERATIVE, INC.,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **CIVIL ACTION NO.** |
| **VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS, QWEST COMMUNICATIONS INTERNATIONAL, INC., and Fictitious Defendants A,B, C, and D,** ) ) ) ) ) ) ) | **CV-06-790-VPM** |
| **Defendants.** | |

## NOTICE OF APPEARANCE

Leigh Anne Hodge of Balch & Bingham LLP, gives notice of her appearance as counsel of record for Defendant Qwest Communications Corporation, improperly named in the complaint as Qwest Communications International, Inc.

                      s/Leigh Anne Hodge
                      Leigh Anne Hodge
                      Attorney for Defendant, Qwest
                      Communications Corporation
                      BALCH & BINGHAM LLP
                      Post Office Box 306
                      Birmingham, AL 35201-0306
                      Telephone: (205) 251-8100
                      Facsimile: (205) 488-5698
                      E-mail: lhodge@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 11th day of December, 2006:

Dana H. Billingsley
Jonathan Michael Hooks
Mark Douglas Wilkerson
Wilkerson & Bryan, P.C.
405 South Hull Street
P. O. Box 830
Montgomery, AL 36104

Patrick H. Tate
P. O. Box 680593
Fort Payne, AL 35968

Bryan Oxford Balogh
Starnes & Atchison
P. O. Box 598512
Birmingham, AL 35259-8512

Jana Eisinger
Qwest Services Corporation
1801 California Street
Suite 900
Denver, CO 80202

s/Leigh Anne Hodge

Attorney for Defendant, Qwest
Communications Corporation
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5698
E-mail: lhodge@balch.com