**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **FARMERS TELECOMMUNICATIONS COOPERATIVE, INC.,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **CIVIL ACTION NO. 2:06-cv-00790-WC** |
| **VERIZON BUSINESS NETWORK SERVICES INC. and QWEST COMMUNICATIONS CORPORATION,** ) ) ) ) | |
| **Defendants.** ) | |

## UNOPPOSED MOTION TO EXTEND TIME FOR FILING ANSWERS

Plaintiff Farmers Telecommunications Cooperative, Inc. ("Farmers") files this unopposed motion requesting that this Honorable Court grant the defendants a forty-five (45) day extension in which to file answers due in the above-styled cause.

In accordance with a previous Motion for Extension of Time filed by Defendants on November 6, 2006 and granted by the Court on November 8, 2006, the defendants' answers or other responsive pleadings were to be filed no later than December 15, 2006. Plaintiff now requests an additional extension of forty-five (45) days in which the defendants may file answers and further facilitate settlement discussions. All parties fully concur in said Motion and consent to this extension. Under this further extension, the defendants' deadline for filing answers or other responsive pleadings would be extended to January 29, 2007.

A proposed Order is attached hereto for the Court's consideration.

Respectfully submitted, this 15th day of December, 2006,

                                    s/s Jonathan M. Hooks
MARK D. WILKERSON (WIL072)
DANA H. BILLINGSLEY (BIL012)
JONATHAN M. HOOKS (HOO032)
PATRICK H. TATE (TAT006)
Attorneys for Plaintiff Farmers
Telecommunications Cooperative, Inc.

OF COUNSEL:
WILKERSON & BRYAN, P.C.
P.O. Box 830
405 South Hull Street
Montgomery, Alabama  36101-0830
(205) 265-1500
(334) 265-0319 – *fax*
mark@wilkersonbryan.com
dana@wilkersonbryan.com
jonathan@wilkersonbryan.com


OF COUNSEL:
P.O. Box 680593
Fort Payne, AL 35968
256-845-1047
256-845-1094 – *fax*
phtate@farmerstel.com

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the foregoing on the following counsel of record:

**By Electronic Service:**

Bryan O. Balogh, Esq.
Starnes & Atchison
P.O. Box 598512
Birmingham, AL 35259-8512
205-868-6000
205-868-6099 - *fax*
bob@starneslaw.com


Leigh Anne Hodge, Esq.
Balch & Bingham
1710 Sixth Avenue North
Birmingham, Alabama 35203-2015
(205) 226-8724
(205) 488-5698 - *fax*
lhodge@balch.com

 

          s/s Jonathan M. Hooks
          OF COUNSEL

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS ) | |
| COOPERATIVE, INC.,              ) | |
|                                 ) | |
|     Plaintiff,                  ) | |
|                                 ) | |
| v.                              ) | CIVIL ACTION NO. 2:06-cv-00790-WC |
|                                 ) | |
| VERIZON BUSINESS NETWORK        ) | |
| SERVICES INC. and QWEST         ) | |
| COMMUNICATIONS CORPORATION, )   | |
|                                 ) | |
|     Defendants.                 ) | |

### ORDER

**WHEREFORE**, upon consideration of the motion submitted by Plaintiff Farmers Telecommunications Cooperative, Inc., and for good cause shown, the Unopposed Motion to Extend Time for Verizon Business Network Services Inc. and Qwest Communications Corporation to File an Answer or Other Responsive Pleadings is hereby **GRANTED**, and the new deadline for each to file and serve an answer or other responsive pleading is January 29, 2007.

IT IS SO ORDERED

DATED:_____                       _____
                                             WALLACE CAPEL, JR.
                                             UNITED STATES MAGISTRATE JUDGE
                                             MIDDLE DISTRICT OF ALABAMA
                                             NORTHERN DIVISION

|  |  |
|---|---|
| Copies to: | Mark D. Wilkerson, Esq.<br>Dana H. Billingsley, Esq.<br>Jonathan M. Hooks, Esq.<br>Wilkerson & Bryan, P.C.<br>405 South Hull Street<br>P. O. Box 830<br>Montgomery, AL 36104<br>334-265-1500<br>334-265-0319 - *fax*<br>mark@wilkersonbryan.com<br>dana@wilkersonbryan.com<br>jonathan@wilkesonbryan.com<br><br>Patrick H. Tate, Esq.<br>P.O. Box 680593<br>Fort Payne, AL 35968<br>256-845-1047<br>256-845-1094 - *fax*<br>phtate@farmerstel.com<br><br>Bryan O. Balogh, Esq.<br>Starnes & Atchison<br>P.O. Box 598512<br>Birmingham, AL 35259-8512<br>205-868-6000<br>205-868-6099 - *fax*<br>bob@starneslaw.com<br><br>Leigh Anne Hodge, Esq.<br>Balch & Bingham<br>1710 Sixth Avenue North<br>Birmingham, Alabama 35203-2015<br>(205) 226-8724<br>(205) 488-5698 - *fax*<br>lhodge@balch.com |