IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., ) ) ) Plaintiff, ) ) v. ) VERIZON COMMUNICATIONS, INC., et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:06CV790-WC |

**ORDER ON MOTION**

Upon consideration of the Unopposed Motion to Extend Time for Filing Answers (Doc. #10), filed by the plaintiff, Farmers Telecommunications Cooperative, Inc. on December 15, 2006, and for good cause, it is

ORDERED that the motion is GRANTED. The defendants shall file their answer or other responsive pleadings in response to the plaintiff's complaint on or before January 29, 2007.

Done this 19th day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE