**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **CIVIL ACTION NO.** **CV-06-790-VPM** |
| VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS, QWEST COMMUNICATIONS INTERNATIONAL, INC., and Fictitious Defendants A,B, C, and D, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to provisions of LR 83.1(b) of the Local Rules of the United States

District Court for the Middle District of Alabama, Leigh Anne Hodge, a member

of the bar of this Court and one of the attorneys of record for defendant, Qwest

Communications Corporation, moves this Court to admit Jana Eisinger *pro hac*

*vice* as additional counsel for defendant.  Ms. Eisinger is a member in good

standing of the State Courts of Colorado and the United States District Court for

the District of Colorado.  Attached hereto is a certificate of admission to the

Supreme Court of the State of Colorado, and certificates of good standing in the

United States District Court for the District of Colorado, indicating that Jana

Eisinger is a member in good standing of the bar of those courts.

The prescribed admission fee has been tendered to the Clerk

contemporaneously with the filing of this motion.

s/Leigh Anne Hodge
Leigh Anne Hodge
Attorney for Defendant, Qwest
Communications Corporation
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5698
E-mail: lhodge@balch.com

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system and service will be perfected upon the following

this the 11th day of January, 2007:

Dana H. Billingsley  
Jonathan Michael Hooks  
Mark Douglas Wilkerson  
Wilkerson & Bryan, P.C.  
405 South Hull Street  
P. O. Box 830  
Montgomery, AL 36104  

Patrick H. Tate  
P. O. Box 680593  
Fort Payne, AL 35968  

Bryan Oxford Balogh  
Starnes & Atchison  
P. O. Box 598512  
Birmingham, AL 35259-8512  

        <u>s/Leigh Anne Hodge</u>

Attorney for Defendant, Qwest  
Communications Corporation  
BALCH & BINGHAM LLP  
Post Office Box 306  
Birmingham, AL 35201-0306  
Telephone: (205) 251-8100  
Facsimile: (205) 488-5698  
E-mail: lhodge@balch.com  

3



# Certificate of Good Standing

## United States District Court
### District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY

**JANA EISINGER**

was duly admitted to practice in said court on

**December 20, 2006**

and is in good standing as a member of the bar of said court.

Dated: December 22, 2006          Gregory C. Langham, Clerk


By: _____
          Deputy Clerk



# THE UNITED STATES OF AMERICA

*District of Colorado*

I, Gregory C. Langham, Clerk of the United States
District Court, certify that

## Jana Eisinger

was duly admitted and qualified to practice as an attorney
in the District Court on the 20th day of December, 2006.

In testimony whereof, I sign my name and affix the seal of this court, on this 22nd
day of December, 2006.

*Clerk*





# SUPREME COURT

## State of Colorado,

STATE OF COLORADO, ss:

I, Deputy Clerk of the Colorado Supreme Court,

do hereby certify that

### Jana Eisinger

has been admitted to practice law as a

## Single Client Attorney
### Pursuant To C.R.C.P 222

within this State; and that his name appears on

the Supreme Court's roll of Single Client Attorneys of date the

__9th__ day of ___July___ , _2004_ and that at the date

hereof the said ___Jana Eisinger___ is in good

standing at this bar.

IN WITNESS WHEREOF, *I Have hereunto subscribed my name and Affix the Seal of said Supreme Court, at Denver in said state, this*

__26th__ day of __December__ __2006__

*Sharon H. Kanzler*

Deputy Clerk