IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:06-cv-00790-WC |
| v. | ) ) | |
| VERIZON COMMUNICATIONS, INC., et. al, | ) ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the Motion For Admission Pro Hac Vice filed by Leigh Anne Hodge filed on 11 January 2007 (Doc. # 13) on behalf of Jana Eisinger, and it appearing that Jana Eisinger is a member in good standing of the United States District Court for the District of Colorado and the Supreme Court of Colorado, it is

ORDERED that the motion is GRANTED.

DONE this 12th day of January, 2007.

_____ /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE