IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06CV790-WC ) |
| VERIZON COMMUNICATIONS, INC., et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

On 6 November 2006, the parties in this action filed a Joint Motion to Dismiss Verizon Communication Inc. and Qwest Communications International, Inc. as Defendants and to Substitute Parties (Doc. #6) filed by Farmers Telecommunications Cooperative, Inc., Verizon Communications, Inc., Verizon Business Network Services, Inc., and Qwest Communications, Inc. The Court construes this motion to dismiss as a motion to substitute parties. Accordingly, for the reasons stated in the motion, it is

ORDERED that the Joint Motion to Substitute Defendants is GRANTED. It is further

ORDERED that Verizon Business Network Services, Inc. is hereby substituted as a Defendant for Verizon Business and Verizon Communications, Inc. It is further

ORDERED that Qwest Communications Corporation is hereby substituted as a Defendant for Qwest Communications International, Inc. It is further

ORDERED that the Clerk of Court shall make the changes to the official case caption as set forth in this Order.

Done this 26th day of January, 2007.

                                              /s/ Wallace Capel, Jr.
                                              WALLACE CAPEL, JR.
                                              UNITED STATES MAGISTRATE JUDGE

Case 2:06-cv-00790-WC    Document 18    Filed 01/26/2007    Page 2 of 2