IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CIVIL CASE NO. 2:06cv-790-VPM |
| VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS, QWEST COMMUNICATIONS INTERNATIONAL, INC., and Fictitious Defendants A, B, C and D, | * * * * * * | |
| Defendants. | * | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U. S. C. § 636(c), the undersigned party to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of Magistrate Judge Wallace Capel, Jr. of this Court, hereby confirm in writing their consent to United States Magistrate Judge conducting any and all further proceedings in this case, including trial, and ordering the entry of a final judgment.

DATED:  January 29, 2007

Respectfully submitted,

BRYAN O. BALOGH
STARNES & ATCHISON LLP
100 Brookwood Place
Seventh Floor
Post Office Box 598512
Birmingham, Alabama 35259-8512
205.868.6000
205.868.6099 (fax)
bob@starneslaw.com

*Counsel for Defendant Verizon Business Network Services, Inc.*