IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06CV790-WC |
| VERIZON BUSINESS NETWORK SERVICES INC., et al., | ) ) ) | |
| Defendants. | ) | |

# **O R D E R**

For good cause, it is

ORDERED that the scheduling conference presently set for 12 February 2007 at 10:00

a.m. in Courtroom 5A is hereby reset to begin at **2:00 p.m.**

DONE this 5th day of February, 2007.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE