IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., ) ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | CIVIL CASE NO. 2:06cv-790-VPM |
| VERIZON COMMUNICATIONS INC., VERIZON BUSINESS, QWEST COMMUNICATIONS INTERNATIONAL, INC., and Fictitious Defendants A, B, C, and D, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

In conjunction with Bryan O. Balogh and Starnes & Atchison LLP, please enter the appearance of Robin H. Jones, Starnes & Atchison LLP, 100 Brookwood Place, 7th Floor, Birmingham, Alabama 35209, as counsel of record for Defendant Verizon Business Network Services, Inc. in the above-entitled action. The Court and opposing counsel are requested to include Robin H. Jones in service and distribution of all pleadings, motions and orders filed or entered herein.

Respectfully submitted on this the 7th day of February, 2007.

2

**s/Robin H. Jones**
Robin H. Jones (ASB-0769-R51J)
STARNES & ATCHISON LLP
100 Brookwood Place
Seventh Floor
Post Office Box 598512
Birmingham, Alabama 35259-8512
205.868.6000
205.868.6099 (fax)
rhj@starneslaw.com

*Counsel for Defendant Verizon Business Network Services, Inc*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 7th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

mark@wilkersonbryan.com
dana@wilkersonbryan.com
jonathan@wilkersonbryan.com
phtate@farmerstel.com
Jana.Eisinger@Qwest.com
lhodge@balch.com
rlaurie@balch.com

        **s/Robin H. Jones**
        Robin H. Jones (ASB-0769-R51J)
        STARNES & ATCHISON LLP
        100 Brookwood Place
        Seventh Floor
        Post Office Box 598512
        Birmingham, Alabama 35259-8512
        205.868.6000
        205.868.6099 (fax)
        rhj@starneslaw.com