MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery , Alabama

HON.  WALLACE CAPEL, JR.

DATE COMMENCED:    2/12/07                    DIGITAL RECORDING: 2:06 - 2:11

DATE COMPLETED:    2/12/07

FARMERS TELECOMMUNICATIONS
COOPERATIVE, INC.                            2:06cv790-WC
vs                              *

VERIZON BUSINESS NETWORK SERVICES,
INC. et al                      *

---

PLAINTIFF/GOVERNMENT         APPEARANCES:              DEFENDANT
                                  *

                                         Bryan Oxford Balogh
Jonathan Michael Hooks                   Robin Houston Jones
                                         Robin Laurie
                                  *
                                  *
                                  *

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Monica Stump, Law Clerk

---

### PROCEEDINGS:

(  ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   SCHEDULING CONFERENCE

SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | 2:06cv790-WC:   Farmers Telecommunications Cooperative, Inc. vs. Verizon Business Network Services, et al:  Scheduling Conference | |
|---|---|---|
| **Date** | 2 /12/2007 | **Location** |

| Time | Speaker | Note |
|---|---|---|
| 2 :06:26 PM | Court | Convenes |
| 2 :06:36 PM | | Attorneys Identify themselves |
| 2 :07:36 PM | | Discussions of answer deadlines; Deadline for answer 2/28/07 then Court will stay case for 30 days to allow parties to work on settlement ; If no settlement; keep dates in proposeed Discovery Plan with the exception of 30 day extension for discovery and new date for trial; Court offers help on settlement issues if needed; |
| | | RECESS |