IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06CV790-WC ) |
| VERIZON BUSINESS NETWORK SERVICES INC., *et al.*, | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

On March 16, 2007, Defendant Verizon Business Network Services, Inc. filed a Joint Motion for a 30-day Extension of Time for Filing Rule 26(a)(1) Disclosures (Doc. #31). Upon consideration of the joint motion, and for good cause, it is

ORDERED that the motion (Doc. #31) is GRANTED. The parties must exchange Initial Disclosures **on or before April 16, 2007**.

Done this 19th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE