IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON BUSINESS NETWORK SERVICES INC. and QWEST COMMUNICATIONS CORPORATION, )<br>)<br>Defendants. )<br>)<br>VERIZON BUSINESS NETWORK SERVICES INC., )<br>)<br>Crossclaim/Counterclaim Plaintiff, )<br>)<br>v. )<br>)<br>FARMERS TELECOMMUNICATION COOPERATIVE, INC., )<br>)<br>Counterclaim Defendant, )<br>)<br>QWEST COMMUNICATIONS CORPORATION, )<br>)<br>Crossclaim Defendant. ) | CIVIL ACTION NO.<br>2:06cv-00790-WC |

**MOTION FOR ADMISSION PRO HAC VICE OF SCOTT H. ANGSTREICH**

Defendant and Crossclaim/Counterclaim Plaintiff Verizon Business Network Services, Inc. (hereinafter "Verizon"), by and through the undersigned counsel, hereby

moves for the admission *pro hac vice* of Scott H. Angstreich, Esq., attorney with the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.,, Sumner Square, 1615 M Street, N.W., Suite 400, Washington, D.C. 20036. In support of said Motion for Admission Pro Hac Vice, Verizon sets forth and says as follows:

1. Scott H. Angstreich, Esq., is a member in good standing of the United States District Court for the District of Columbia, where Scott H. Angstreich, Esq. regularly practices law. A Certificate of Good Standing from that court is attached as Exhibit "A."

2. Scott H. Angstreich and/or his firm, regularly performs legal services for Verizon and, at its request, seeks this Court's approval for his admission *pro hac vice* to represent Verizon's interests in this case.

3. The appearance of Scott H. Angstreich, Esq. as co-counsel *pro hac vice* for Verizon will be in conjunction with Bryan O. Balogh and Robin H. Jones, who are members in good standing of the Bar of the State of Alabama and admitted to practice before this United States District Court.

WHEREFORE, PREMISES CONSIDERED, Verizon moves this Honorable Court to enter an Order admitting Scott H. Angstreich, Esq. *pro hac vice* as co-counsel in this case.

          **s/ Robin H. Jones**
Bryan O. Balogh
Robin H. Jones
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000
(205) 868-6099
BBalogh@starneslaw.com
RJones@starneslaw.com

Attorneys for
Verizon Business Network Services Inc.

**OF COUNSEL**
Starnes & Atchison LLP
100 Brookwood Place
Birmingham, Alabama 35209
205-868-6000

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2007, I electronically filed the foregoing using the CM/ECF system, which will provide electronic service copies to the following:

| | |
|---|---|
| Bryan Oxford Balogh | bob@starneslaw.com |
| Dana H. Billingsley | dana@wilkersonbryan.com, cathy@wilkersonbryan.com |
| Leigh Anne Hodge | lhodge@balch.com, jglover@balch.com |
| Jonathan Michael Hooks | jonathan@wilkersonbryan.com, |
| Robin Houston Jones | rhj@starneslaw.com |
| Robin Garrett Laurie | rlaurie@balch.com, dearly@balch.com |
| Joseph Seawell Moore | jsmoore@balch.com, dharris@balch.com |
| Mark Douglas Wilkerson | mark@wilkersonbryan.com, cathy@wilkersonbryan.com |

**Notice will be delivered by other means to:**

Jana Eisinger
QWest Services Corporation
1801 California Street
Suite 900
Denver, CO 80202

Patrick H. Tate
P.O. Box 680593
Fort Payne, AL 35968

                                                           __s/ Robin H. Jones__
                                                           **OF COUNSEL**

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that

**SCOTT   H.   ANGSTREICH**

was, on the 2nd day of April A.D. 2001 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 19th day of April A.D. 2007

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _[signature]_
**Deputy Clerk**