IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL CASE NO. 2:06-cv-00790-WC |
| VERIZON BUSINESS NETWORK ) SERVICES INC. and QWEST ) COMMUNICATIONS CORPORATION, ) ) ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff, Farmers Telecommunications Cooperative, Inc. ("Farmers"), by and through its undersigned counsel, and respectfully requests this Honorable Court to grant leave, thereby permitting Plaintiff to amend its complaint. In support thereof, Farmers states as follows:

1. Plaintiff filed its complaint with this Court on September 1, 2006. An answer was filed by Defendant Qwest Communications Corporation ("Qwest") on February 28, 2007, and an answer and counterclaim was filed by Verizon Business Network Services Inc. ("Verizon Business") on February 28, 2007. Farmers answered Verizon Business's counterclaim on March 23, 2007.

2. The parties agreed to a proposed discovery plan, which was filed on January 12, 2007, allowing Farmers until July 1, 2007 to amend its complaint (Doc. 15), which date was subsequently extended to July 31, 2007 by an unopposed motion to extend all deadlines by thirty (30) days (Doc. 18). The discovery plan, along with the 30-day extension, was subsequently approved by the Court on January 29, 2007 (Doc. 20).

3.      Subsequent to a scheduling conference held on February 12, 2007, the Court entered a scheduling order on March 1, 2007, permitting any motion to amend the pleadings to be filed before May 15, 2007 (Doc. 29, § 4).

4.      The amended complaint incorporates the properly named parties into its complaint, eliminates parties since determined to be improperly joined and streamlines allegations contained in the original complaint. It adds no new causes of action, nor does it expand the nature of the claims.

Respectfully submitted on this 25th day of April, 2007.

_____
MARK D. WILKERSON (WIL072)
DANA H. BILLINGSLEY (BIL012)
JONATHAN M. HOOKS (HOO032)
PATRICK H. TATE (TAT006)
Attorneys for Plaintiff Farmers Telecommunications Cooperative, Inc.

OF COUNSEL:
WILKERSON & BRYAN, P.C.
P.O. Box 830
405 South Hull Street
Montgomery, Alabama 36101-0830
(205) 265-1500
(334) 265-0319 – *fax*
mark@wilkersonbryan.com
dana@wilkersonbryan.com
jonathan@wilkersonbryan.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I have also served a copy of the foregoing by U.S. mail to the following:

Bryan O. Balogh
Robin H. Jones
STARNES & ATCHISON LLP
100 Brookwood Place
Seventh Floor
Post Office Box 598512
Birmingham, Alabama 35259-8512
205.868.6000
205.868.6099 (fax)
bob@starneslaw.com
rhj@starneslaw.com

Robin G. Laurie
Joseph Seawell Moore
BALCH & BINGHAM LLP
105 Tallapoosa Street
Suite 200
Montgomery, Alabama 36101
rlaurie@balch.com
jsmoore@balch.com

Leigh Anne Hodge
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203-2015
lhodge@balch.com

Jana Eisinger
QWEST SERVICES CORPORATION
1801 California Street
Suite 900
Denver, CO 80202
(303) 383-6508
Jana.Eisinger@Qwest.com

**Counsel for Defendant Verizon Business Network Services Inc.**

**Counsel for Qwest Communications Corporation**

_____
Jonathan M. Hooks
Attorney for Farmers Telecommunications Cooperative, Inc.

3