IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 2:06CV790-WC<br>) |
| VERIZON BUSINESS NETWORK SERVICES INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of Defendant and Crossclaimant/Counterclaimant Plaintiff Verizon Business Network Services, Inc.'s Motions For Admission Pro Hac Vice filed on April 24, 2007, (Doc. #37, #38) on behalf of Scott Angstreich and Robert Klinch, and it appearing that they are members in good standing of the United States District Court for the District of Columbia, it is

ORDERED that the motions are GRANTED.

DONE this 26th day of April, 2007.

                                                              /s/ Wallace Capel, Jr.
                                                              WALLACE CAPEL, JR.
                                                              UNITED STATES MAGISTRATE JUDGE