IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 2:06CV790-WC<br>) |
| VERIZON BUSINESS NETWORK SERVICES INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

**ORDER ON MOTION**

On April 25, 2007, Plaintiff Farmers Telecommunications Cooperative, Inc. filed a Motion for Leave to File Amended Complaint (Doc. #39). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (Doc. #39) is GRANTED. Accordingly, on or before May 10, 2007, Plaintiff shall file its amended Complaint.

DONE this 26th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, Jr.
UNITED STATES MAGISTRATE JUDGE