**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **FARMERS TELECOMMUNICATIONS COOPERATIVE, INC.,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **CIVIL ACTION NO.  2:06cv-00790-WC** |
| **VERIZON BUSINESS NETWORK SERVICES INC. and QWEST COMMUNICATIONS CORPORATION,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

## MOTION FOR LEAVE TO FILE AMENDED CROSS-CLAIMS

COMES NOW, Defendant, Verizon Business Network Services Inc. ("Verizon"), by and through its undersigned counsel, and respectfully requests this Honorable Court to grant leave, permitting Defendant to amend its cross-claims against Qwest Communications Corporation ("Qwest").  In support thereof, Verizon states as follows:

1.      Plaintiff, Farmers Telecommunications Cooperative, Inc. ("Farmers"), filed its complaint on September 1, 2006.   On February 28, 2007, Verizon filed an answer, counterclaims, and cross-claims.   On March 23, 2007, Farmers answered Verizon's counterclaims and Qwest answered Verizon's cross claims.

2.      This Court entered an order on March 1, 2007, which allows the parties to amend the pleadings before May 15, 2007.  *See* Docket 29, § 4.

3.     On April 24, 2007, Farmers filed its First Amended Complaint for Declaratory Judgment.  *See* Docket 36.  Farmers filed a motion seeking leave to file its amended complaint on April 25, 2007.

4.     Verizon seeks leave to amend its cross-claims against Qwest in the same document in which it files its First Amended Answer to Farmers' First Amended Complaint. The proposed amendment to the cross-claims does not change the subject matter of the dispute and will not broaden the scope of discovery in this case.  The proposed amendment merely adds an additional legal basis for Verizon's cross-claims against Qwest.

Respectfully submitted this 8th day of May 2007.

s/ **Robin H. Jones**

Bryan O. Balogh (ASB-6298-042B)
Robin H. Jones (ASB-0769-R51J)
STARNES & ATCHISON LLP
100 Brookwood Place
Seventh Floor
Post Office Box 598512
Birmingham, Alabama 35259-8512
205.868.6000
205.868.6099 (fax)

Scott H. Angstreich (*pro hac vice*)
Robert A. Klinck (*pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
202.326.7900
202.326.7999 (fax)

Attorneys for Defendant
Verizon Business Network Services Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2007, I electronically filed the foregoing using the CM/ECF system, which will provide electronic service copies to the following:

Dana H. Billingsley          dana@wilkersonbryan.com, cathy@wilkersonbryan.com

Leigh Anne Hodge          lhodge@balch.com, jglover@balch.com

Jonathan Michael Hooks     jonathan@wilkersonbryan.com,

Robin Garrett Laurie         rlaurie@balch.com, dearly@balch.com

Joseph Seawell Moore        jsmoore@balch.com, dharris@balch.com

Mark Douglas Wilkerson     mark@wilkersonbryan.com, cathy@wilkersonbryan.com

**Notice will be delivered by other means to:**

Jana Eisinger
QWest Services Corporation
1801 California Street
Suite 900
Denver, CO 80202

Patrick H. Tate
P.O. Box 680593
Fort Payne, AL 35968

**s/ Robin H. Jones**
OF COUNSEL
