IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06CV790-WC ) |
| VERIZON BUSINESS NETWORK SERVICES INC. AND QWEST COMMUNICATIONS CORPORATION, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER ON MOTION

Upon consideration of the defendants' Motion for Leave to File Amended Cross-Claims (Doc. #43), filed on May 8, 2007, it is

ORDERED that the motion is GRANTED. The parties filed an Answer to the Amended Complaint, Counterclaims and Amended Cross-Claims of Verizon Business Network Services, Inc. (Doc. #44) on May 8, 2007.

DONE this 9th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE