**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) CIVIL ACTION NO. 2:06cv-00790-WC |
| VERIZON BUSINESS NETWORK SERVICES INC. and QWEST COMMUNICATIONS CORPORATION, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the following discovery documents have been served on behalf of Verizon Business Network Services, Inc.:

- ☒ Notice of Deposition of Qwest Communications Corporation Pursuant to Rule 30(b)(6)

- ☒ First Set of Requests for Admission to Qwest Communications Corporation

- ☒ First Requests for Production of Documents to Qwest Communications Corporation

- ☒ First Set of Interrogatories to Qwest Communications Corporation

- ☒ Notice of Deposition of Farmers Telecommunications Cooperative, Inc. Pursuant to Rule 30(b)(6)

- ☒ First Set of Requests for Admission to Farmers Telecommunications Cooperative, Inc.

- ☒ First Requests for Production to Farmers Telecommunications Cooperative, Inc.

Respectfully Submitted,

**s/Robin H. Jones**
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099
State Bar No.:  JON143
E-mail: rhj@starneslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2007, I electronically filed the foregoing using the CM/ECF system, which will provide electronic service copies to the following:

Dana H. Billingsley        dana@wilkersonbryan.com, cathy@wilkersonbryan.com

Leigh Anne Hodge        lhodge@balch.com, jglover@balch.com

Jonathan Michael Hooks    jonathan@wilkersonbryan.com,

Robin Garrett Laurie       rlaurie@balch.com, dearly@balch.com

Joseph Seawell Moore     jsmoore@balch.com, dharris@balch.com

Mark Douglas Wilkerson   mark@wilkersonbryan.com, cathy@wilkersonbryan.com

**Notice will be delivered by other means to:**

Jana Eisinger
Qwest Services Corporation
1801 California Street
Suite 900
Denver, CO 80202

Patrick H. Tate
P.O. Box 680593
Fort Payne, AL 35968

                                            __**s/ Robin H. Jones**_____
                                            OF COUNSEL