**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **FARMERS TELECOMMUNICATIONS COOPERATIVE, INC.,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) **CIVIL ACTION NO. 2:06cv-00790-WC** |
| **VERIZON BUSINESS NETWORK SERVICES INC. and QWEST COMMUNICATIONS CORPORATION,** | ) ) ) ) ) |
| Defendants. | ) ) |

## MOTION TO WITHDRAW OF ROBERT A. KLINCK

Comes Now Robert A. Klinck, counsel for Defendant Verizon Business Network Services Inc. ("Verizon"), and moves the Court for an Order allowing Mr. Klinck's withdrawal of counsel of record in this matter due to his resignation from the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. Verizon has no objection to Mr. Klinck's withdrawal and will continue to be represented by counsel of record from the law firms of Starnes & Atchison LLP and Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

{B0731162}

                                                    Respectfully submitted,

                                                    /s/ Bryan O. Balogh
                                                    Bryan O. Balogh
                                                    Robin H. Jones
                                                    STARNES & ATCHISON LLP
                                                    100 Brookwood Place
                                                    Seventh Floor
                                                    Post Office Box 598512
                                                    Birmingham, Alabama 35259-8512
                                                    205.868.6000
                                                    205.868.6099 (fax)

                                                    /s/ Robert A. Klinck
                                                    Scott H. Angstreich
                                                    Robert A. Klinck
                                                    KELLOGG, HUBER, HANSEN, TODD,
                                                       EVANS & FIGEL, P.L.L.C.
                                                    1615 M Street, N.W., Suite 400
                                                    Washington, D.C. 20036
                                                    202.326.7900
                                                    202.326.7999 (fax)

July 3, 2007                                       *Attorneys for Defendant*
                                                    *Verizon Business Network Services Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 3, 2007, I electronically filed the foregoing using the CM/ECF system, which will provide electronic service copies to the following:

| | |
|---|---|
| Dana H. Billingsley | dana@wilkersonbryan.com |
| | cathy@wilkersonbryan.com |
| Leigh Anne Hodge | lhodge@balch.com; jglover@balch.com |
| Jonathan Michael Hooks | jonathan@wilkersonbryan.com |
| Robin Garrett Laurie | rlaurie@balch.com; dearly@balch.com |
| Joseph Seawell Moore | jsmoore@balch.com; dharris@balch.com |

| | |
|---|---|
| Mark Douglas Wilkerson | mark@wilkersonbryan.com |
| | cathy@wilkersonbryan.com |

**Notice will be delivered by other means to:**

Jana Eisinger
Qwest Services Corporation
1801 California Street
Suite 900
Denver, CO 80202

Patrick H. Tate
P.O. Box 680593
Fort Payne, AL 35968

                                                  /s/ Bryan O. Balogh
                                                  OF COUNSEL