IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06CV790-WC ) |
| VERIZON BUSINESS NETWORK SERVICES INC., et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of Defendant Verizon Business Network Services Inc.'s Motion to Withdraw Counsel Robert A. Klinck, filed on July 3, 2007, it is

ORDERED that the motion is GRANTED.  Verizon Business Network Services Inc. will continue to be represented by counsel of record from the law firms of Starnes & Atchison LLP and Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

DONE this 5th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE