# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **FARMERS TELECOMMUNICATIONS COOPERATIVE, INC.,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **CIVIL ACTION NO.** <br> **CV-06-790-VPM** |
| **VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS, QWEST COMMUNICATIONS INTERNATIONAL, INC., and Fictitious Defendants A,B, C, and D,** ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL

The undersigned notifies this Court of the withdrawal of Leigh Anne Hodge as counsel for Defendant Qwest Communications Corporation ("Qwest"). Qwest will continue to be represented by Robin Laurie and Joe Seawell Moore of the law office of Balch & Bingham LLP as counsel for Defendant Qwest.

                                                  s/Leigh Anne Hodge
                                                  Leigh Anne Hodge (ASB-1008-E49L)
                                                  Balch & Bingham LLP
                                                  1710 Sixth Avenue North
                                                  Birmingham, Alabama 35203-2015
                                                  Telephone: (205) 226-8724
                                                  Fax: (205) 488-5698
                                                  Email:  lhodge@balch.com

                                              Robin G. Laurie (ASB-4217-U64R)
                                              One of the Attorneys for Defendant Qwest Communications Corporation
                                              Balch & Bingham LLP
                                              105 Tallapoosa Street, Suite 200
                                              Montgomery, Alabama 36101
                                              Telephone:  (334) 834-6500
                                              Fax:  (334) 269-3115
                                              Email:  rlaurie@balch.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jonathan M. Hooks (HOO032)
    Mark D. Wilkerson (WIL072)
    Dana H. Billingsley (BIL012)
    Wilkerson & Bryan, P.C.
    P. O. Box 830
    405 South Hull Street
    Montgomery, Alabama 36101-0830
    mark@wilkersonbryan.com
    dana@wilkersonbryan.com
    jonathan@wilkersonbryan.com

    Scott H. Angstreich
    Robert A. Klinck
    Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
    1615 M Street, N.W., Suite 400
    Washington, DC 20036
    sangstreich@khhte.com

    Patrick H. Tate (TAT006)
    P. O. Box 680593
    Fort Payne, Alabama 35968
    Telephone: (256) 845-1047
    Fax: (256) 845-1094

phtate@farmerstel.com

Bryan O. Balough (BAL026)
Robin H. Jones
Starnes & Atchison
P. O. Box 598512
Birmingham, Alabama 35259-8512
bob@starneslaw.com

                                                <u>s/Leigh Anne Hodge</u>
                                                Of Counsel