IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CIVIL ACTION NO. 2:06CV790-WC ) |
| VERIZON BUSINESS NETWORK SERVICES INC., et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of Defendant Qwest Communications Corporation's Motion to Withdraw (Doc. #52) Counsel Leigh Anne Hodge, filed on October 2, 2007, it is

ORDERED that the motion (Doc. #52) is GRANTED. Qwest Communications Corporation will continue to be represented by attorneys Robin Laurie and Joe Seawell Moore of the law office of Balch & Bingham LLP.

DONE this 3rd day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE