IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv790-WC ) |
| VERIZON BUSINESS NETWORK SERVICES INC., et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

Upon of review of Defendant/Cross-claim Defendant Qwest Communications Corporation's Motion to Amend its Answer to the Amended Cross-Claim (Doc. #53), filed October 2, 2007, it is

**ORDERED** the motion be submitted without oral argument on **October 17, 2007**. It is further

**ORDERED** that Verizon Business Network Services, Inc. and Farmers Telecommunications Cooperative, Inc. file a response **on or before October 17, 2007**.

DONE this 3rd day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE