IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06CV790-WC ) |
| VERIZON BUSINESS NETWORK SERVICES INC., *et al.*, | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of Defendant and Crossclaim/Counterclaim Plaintiff Verizon Business Network Services, Inc.'s Motion For Admission Pro Hac Vice filed on October 9, 2007, (Doc. #56) on behalf of Sean A. Lev, Esq., and it appearing that he is a member in good standing of the United States District Court for the District of Columbia, it is

ORDERED that the motion (Doc. #56) is GRANTED.

DONE this 9th day of October, 2007.

                                                                           /s/ Wallace Capel, Jr.
                                                                           WALLACE CAPEL, JR.
                                                                           UNITED STATES MAGISTRATE JUDGE