```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000702
Cashier ID: kalandra
Transaction Date: 10/10/2007
Payer Name: STARNES AND ATCHISON
------------------------------------
PRO HOC VICE
 For: SEAN A. LEV
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
------------------------------------
CHECK
 Check/Money Order Num: 156941
 Amt Tendered:  $20.00
------------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:       $0.00

mpv- Sean A. Lev

2:06-cv-00790-WC
```