IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. CV-06-790-VPM |
| VERIZON COMMUNICATIONS, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO REMOVE COUNSEL

Defendant Qwest Communications Corporation ("Qwest") respectfully moves this Court for the removal of Jana Eisinger as counsel for Qwest as Ms. Eisinger is no longer employed by Qwest. Accordingly, Qwest respectfully requests that Ms. Eisinger be removed as counsel in this matter.

Respectfully submitted this the 12th day of October, 2007.

                                                   s/Joseph Seawell Moore
                                                 One of the Attorneys for Defendant Qwest Communications Corporation

Robin G. Laurie (ASB-4217-U64R)
Joseph Seawell Moore (ASB-9146-O77M)
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Fax: (334) 269-3115

Leigh Anne Hodge (ASB-1008-E49L)
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203-2015
Telephone: (205) 226-8724
Fax: (205) 488-5698

186576.1

# **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this 12th day of October, 2007:

| | |
|---|---|
| Jonathan M. Hooks<br>Mark D. Wilkerson<br>Dana H. Billingsley<br>Wilkerson & Bryan, P.C.<br>P. O. Box 830<br>405 South Hull Street<br>Montgomery, Alabama 36101-0830<br><br>Patrick H. Tate<br>P. O. Box 680593<br>Fort Payne, Alabama 35968 | Bryan O. Balough<br>Starnes & Atchison<br>P. O. Box 598512<br>Birmingham, Alabama 35259-8512<br><br>Scott H. Angstreich<br>Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036 |

  s/Joseph Seawell Moore
Of Counsel

186576.1

2