IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06CV790-WC ) |
| VERIZON BUSINESS NETWORK SERVICES INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of Defendant Qwest Communications Corporation's Motion to Remove (Doc. #59) Counsel Jana Eisinger, filed on October 12, 2007, it is

ORDERED that the motion (Doc. #59) is GRANTED. Qwest Communications Corporation will continue to be represented by attorneys Robin G. Laurie and Joe Seawell Moore of the law office of Balch & Bingham LLP.

DONE this 15th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

Case 2:06-cv-00790-WC   Document 60   Filed 10/15/2007   Page 2 of 2