IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON BUSINESS NETWORK SERVICES INC. and QWEST COMMUNICATIONS CORPORATION, )<br>)<br>Defendants. | Case No.<br>2:06-cv-00790-WC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this cause, plaintiff Farmers Telecommunications Cooperative, Inc., and defendants Verizon Business Network Services Inc. and Qwest Communications Corporation, pursuant to *Fed. R. Civ. P.* 41, jointly stipulate to the dismissal with prejudice of this case with each party to bear its own costs, expenses, and fees.

Respectfully submitted this the 15th day of November, 2007.

s/Robin G. Laurie
One of the Attorneys for Defendant Qwest
Communications Corporation

OF COUNSEL:
Robin G. Laurie (ASB-4217-U64R)
Joseph Seawell Moore (ASB-9146-O77M)
Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Fax: (334) 269-3115

187420.1

Leigh Anne Hodge (ASB-1008-E49L)
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203-2015
Telephone: (205) 226-8724
Fax: (205) 488-5698

                                                        s/Jonathan M. Hooks
                                                        One of the Attorneys for Farmers
                                                        Telecommunications Cooperative, Inc.

OF COUNSEL:
Mark D. Wilkerson
Dana H. Billingsley
Wilkerson & Bryan, P.C.
P. O. Box 830
405 South Hull Street
Montgomery, Alabama 36101-0830

                                                        s/Bryan O. Balogh
                                                        One of the Attorneys for Verizon Business
                                                        Network Services, Inc.

OF COUNSEL:
Starnes & Atchison
P. O. Box 598512
Birmingham, Alabama 35259-8512

Sean A. Lev
Scott H. Angstreich
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

187420.1