IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARMERS TELECOMMUNICATIONS COOPERATIVE, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv790-WC ) |
| VERIZON BUSINESS NETWORK SERVICES INC., et al., | ) ) ) |
| Defendants. | ) |

# JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (Doc. #62) filed by the parties on November 15, 2007, it is

ORDERED, ADJUDGED, and DECREED that this cause is DISMISSED with prejudice. It is further

ORDERED that each party shall bear its own costs, expenses, and fees.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 16th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE